# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. STEPHAN DUANE KOROL-LOCKE, **Defendant.** | CR 17-62-GF-BMM <br><br> ORDER GRANTING LEAVE FOR THE UNITED STATES TO PROVIDE GRAND JURY EXCERPTS UNDER SEAL |

Upon consideration of the United States' Motion, Doc. 41, and good cause showing, and there being no objection;

IT IS HEREBY ORDERED that the United States shall file under seal relevant excerpts from the grand jury proceedings in the above-captioned case prior to the motions hearing currently set for November 13, 2017, at 1:30 p.m.

DATED this 3rd day of November, 2017.

Brian Morris
United States District Court Judge

1