UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-62 -GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| STEPHAN DUANE KOROL-LOCKE, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 20th day of November, 2017.

_Brian Morris_
Brian Morris
United States District Court Judge