# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. STEPHAN KOROL-LOCKE, Defendant. | **Case No. CR-17-62-GF-BMM** <br><br> **DECLARATION OF MISTRIAL** |

A jury trial commenced in this case on November 20, 2017. A mistrial was declared.

DATED this <u>27th</u> day of November, 2017.

_____
Brian Morris
United States District Court Judge

1