# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. STEPHAN DUANE KOROL-LOCKE, **Defendant.** | CR 17-62-GF-BMM **ORDER GRANTING LEAVE FOR WITNESS TO TESTIFY BY TELEPHONE** |

Upon consideration of the United States' Motion submitted on June 5, 2018, good cause showing, and there being no objection;

IT IS HEREBY ORDERED that United States may call Mr. Dean Friedrich to testify at the hearing in this above-captioned matter that is scheduled to begin at 3:30 p.m., Wednesday, June 6, 2018. The United States will coordinate this call with the Clerk of Court's office.

DATED this 6th day of June, 2018.

_____
Brian Morris
United States District Court Judge

1